**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80753-CIV-CANNON/McCabe**

 **ADRIA L. FLEITES**,

     Plaintiff,

v.

**HOLIDAY CVS, LLC,**

     Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge McCabe's Report and Recommendation (the "Report"), issued on May 8, 2026 [ECF No. 75]. The Report recommends that Defendant's Motion in Limine [ECF No. 59] be granted in part and denied in part and that Defendant's *Daubert* Motion [ECF No. 55] be denied. Both parties filed a Notice of Non-Objection to the Report [ECF Nos. 77–78]. Upon review of the Report and the Motions, the Report [ECF No. 75] is **ACCEPTED**; the Motion *in Limine* [ECF No. 59] is **GRANTED IN PART AND DENIED IN PART**, and the *Daubert* Motion [ECF No. 55] is **DENIED** for the reasons stated in the Report.

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject,

or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.

***

Following review, the Court finds no clear error in the well-reasoned Report.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendation [ECF No. 75] is **ACCEPTED**.

2.  The Motion *in Limine* [ECF No. 59] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report.

    a.  Plaintiff may not introduce evidence of higher billed amounts for medical expenses that have already been satisfied.  Plaintiff's evidence must be limited solely to the amounts actually paid to satisfy past expenses.

3.  The *Daubert* Motion [ECF No. 55] is **DENIED** for the reasons stated in the Report.

4.  If Defendant wishes to exclude specific medical bills from the evidence of this case, Defendant may identify those items during trial and raise appropriate objections.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of May 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record